IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WAYNE WALSH PLAINTIFF

v. Case No. 6:26-cv-06058

ARKANSAS DEPARTMENT OF CORRECTIONS; SEIGAL; OTTS; and DEPUTY WHITE DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Comstock recommended that Plaintiff's case be dismissed without prejudice because Plaintiff has failed to comply with two Court orders. Plaintiff has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 8) in its entirety. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of October, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge